Sharon Maynard, OSB# 925843
BENNETT, HARTMAN, MORRIS & KAPLAN
210 SW Morrison Street, Suite 500
Portland, Oregon 97204
Phone:  (503) 227-4600
FAX :  (503) 248-6800
e-mail: maynards@bennetthartman.com
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**LAURA D. FORESTER,**

    Plaintiff,

3:13-CV-00984-RE

v.

ORDER

CAROLYN COLVIN,
Acting Commissioner, Social Security
Administration,

    Defendant.

Based upon the stipulation of the parties, it is hereby ORDERED that:   attorney fees in the amount of $8,211.82 and expenses in the amount of $41.02, pursuant to 28 U.S.C § 2412, and costs in the amount of $400.00, pursuant to 28 U.S.C § 1920, be awarded to Plaintiff for a total of $8,652.84. The check will be made payable to and mailed to Plaintiff's attorney unless Plaintiff owes a debt that is subject to recovery under the Treasury Offset.

DATED: _July 14_ day of _July_, 2014

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
/s/ Sharon Maynard
SHARON MAYNARD, OSB #925843
Attorney for Plaintiff

Page 1 - ORDER - EAJA FEES – L. FORESTER